Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 984-6762
Fax: (310) 775-4466
andrew@andrewdelahunt.com

Kevin McCulloch, Esq. (*pro hac vice*)
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, NY 10017
Telephone: (212) 355-6050
Fax: (206) 219-6358
kevin@mkiplaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CHERNIAK, | Case No. |
| *Plaintiff* | ECF Case |
| v. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| JOHN DOE 1 d/b/a "WARM AND COZY HOME FASHION"; JOHN DOE 2 d/b/a "MYBLANKETGUY"; JOHN DOE 3 d/b/a "EL TORO"; JOHN DOE 4 d/b/a "N/D" and "HFNEJE"; and JOHN DOE 5 d/b/a "HANYONGRONG" and "FDGJNB", | |
| *Defendants*. | |

Plaintiff Laurence Cherniak ("Plaintiff"), by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and the Local Rules of this Court, hereby demands a trial by jury of all claims and issues so triable and, for his Complaint against Defendants John Doe 1 d/b/a "Warm and Cozy Home Fashion" (hereinafter "WCHF"); John Doe 2 d/b/a "MyBlanketGuy" (hereinafter "MyBlanketGuy"); John Doe 3 d/b/a "El Toro" (hereinafter "El Toro"); John Doe 4 d/b/a "N/D" and "Hfneje" (hereinafter "N/D"); and John Doe 5 d/b/a "HANYONGRONG" and "FDGJNB" (hereinafter "FDGJNB") (collectively "Defendants") states as follows:

## JURISDICTION AND VENUE

3. This is an action for copyright infringement and related claims brought by Plaintiff against Defendants for the unauthorized use and sale of Plaintiff's original copyrighted artwork.

4. Jurisdiction for Plaintiff's claims lies with the United States District Court for the Central District of California pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*, and 28 U.S.C. § 1338(a) (conferring original jurisdiction over claims arising under any act of Congress relating to copyrights).

5. Venue is proper in this Court under 28 U.S.C. §§ 1391(a) and (b) because, upon information and belief, Defendants reside and/or are located in this District; Defendants conduct substantial business within the State of California; and all Defendants did infringe Plaintiff's copyright within the State of California and

this District as described herein; and under 28 U.S.C. § 1400(a) since the alleged misappropriation of Plaintiff's copyright by Defendants occurred in this District.

## PARTIES

6. Plaintiff is an independent author, photographer, designer, and artist. Plaintiff earns a living by, among other things, selling and licensing his original works.

7. Plaintiff is a resident of Ontario, Canada and maintains a residence in the State of Washington.

8. Upon information and belief, Defendant WCHF is a products seller on Amazon.com, with a listed address at 625 North King Road, San Jose, California 95133.

9. Upon information and belief, Defendant MyBlanketGuy is a products seller on Amazon.com and Etsy.com, with a mailing address at P.O. Box 3632, Laguna Hills, California, 92654.

10. Upon information and belief, Defendant El Toro sells products under the "El Toro" brand name on Amazon.com, including at the following URL:

- https://www.amazon.com/El-Toro-Marijuana-Quality-Blanket/dp/B010169L20

11. Upon information and belief, Defendant N/D sells products on Amazon.com, including at the following URL:

- https://www.amazon.ca/Marijuana-Ultra-Soft-Micro-Fleece-Lightweight-Microfiber/dp/B08G16GM7N/ref=sr_1_44?adgrpid=1362295140098749&dchild=1&hvadid=85143601048226&hvbmt=be&hvdev=c&hvlocphy=5169&hvnetw=o&hvqmt=e&hvtargid=kwd-85143615845819%3Aloc-32&hydadcr=26052_11402893&keywords=weed%2Bleaf%2Bblanket&qid=1598042403&sr=8-44&tag=msncahydra-20&th=1

12. Upon information and belief, Defendant FDGJNB sells products on Amazon.com, including at the following URL:

- https://www.amazon.com/dp/B08MCK8XYQ/ref=cm_sw_r_sms_api_glt_fabc_719QGZQ64GNA8B3MEZQE?th=1

**FACTUAL ALLEGATIONS**

13. Plaintiff is the sole author and creator and of an original graphic artwork, titled, "Midnight Leaves," (hereinafter the "Work"), which depicts an array of colorful marijuana leaves in various sizes against a black background, with the words "decisions" and "choices" placed throughout the Work.

14. The Work was originally created and designed by Plaintiff in 2001.

15. Plaintiff registered his copyright in the Work under the Registration No. VA 2-190-636.

16. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's original Work.

17. Upon information and belief, Defendants have copied, sold, and distributed blankets in various sizes which prominently feature an unauthorized copy of Plaintiff's Work (hereinafter the "Infringing Items").

18. True and correct copies of screen captures of the Infringing Items being displayed and offered for sale by Defendants are attached hereto as <u>Exhibit 2</u>.

19. Upon information and belief, Defendants copied the designs for each of the Infringing Items and oversaw and/or directed the unauthorized use of Plaintiff's original Work.

20. Upon information and belief, Defendants obtained/made copies of Plaintiff's original Work to incorporate and use on the Infringing Items.

21. Because information regarding Defendants' uses of Plaintiff's original work remains in Defendants' sole possession, the full and complete scope of Defendants' infringing uses of Plaintiff's Work has not yet been fully ascertained.

22. Plaintiff never licensed or authorized Defendants to copy, display, publish or use his copyrighted Work in any respect, including but not limited to as the featured design of the Infringing Items.

23. Defendants never requested a license or otherwise sought permission to use Plaintiff's Work in any respect, including but not limited to as the featured design of the Infringing Items.

24. Defendants, by their willful, knowing, and/or reckless actions, injured Plaintiff by engaging in the unlicensed, unauthorized, and uncompensated use of Plaintiff's creative Work and, as such, deprived Plaintiff of his control over, and rightful compensation for the use of Work.

# COUNT I

## DIRECT, CONTRIBUTORY and/or VICARIOUS COPYRIGHT INFRINGEMENT

25. Plaintiff repeats and re-alleges each allegation set forth in the paragraphs above as if set forth fully herein.

26. Plaintiff created and owns all copyrights in and to the creative Work identified in Exhibit 1.

27. Plaintiff's copyright in and to the work at issue in this action has been registered with the United States Copyright Office prior to the filing of this action and under the registration VA 2-190-636.

28. Defendants infringed Plaintiff's copyright by making unauthorized copies of Plaintiff's Work as described herein.

29. Defendants further infringed Plaintiff's copyright by publishing, displaying, and distributing unauthorized copies of Plaintiff's Work through the Infringing Items without a license or permission.

30. By making unauthorized products and/or copies of Plaintiff's Work, Defendants infringed Plaintiff's exclusive rights under copyright and misappropriated Plaintiff's intellectual property for their own profit, causing Plaintiff significant injuries, damages, and losses in amounts to be determined at trial.

31. Defendants obtained direct financial benefits, including through the sale and marketing of the Infringing Items.

32. By failing to secure the rights to all content in the Infringing Items, including Plaintiff's work, Defendants each acted willfully, intentionally, and/or with reckless disregard for Plaintiff's copyrights.

33. Defendants' infringement of Plaintiff's Work was knowing, willful, intentional, and/or in reckless disregard of Plaintiff's copyright.

34. Upon information and belief, Defendants knew that they were not authorized to copy, use, display, and sell Plaintiff's Work in commercial products, including on the Infringing Items.

35. Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including Defendants' profits attributable to uses of Plaintiff's creative work and any damages suffered as a result of the lack of credit and attribution.  Plaintiff also seeks all attorneys' fees and any other costs incurred in pursuing and litigating this matter.

/

/

**WHEREFORE,** Plaintiff respectfully prays for judgment on his behalf and for the following relief:

1. All allowable damages under the Copyright Act, including but not limited to, statutory or actual damages, including damages incurred as a result of Plaintiff's loss of licensing revenue, Defendants' lack of attribution, and Defendants' profits attributable to the infringement;

2. Plaintiff's full costs, including litigation expenses, interest, and any other amounts authorized under law, and attorneys' fees incurred in pursuing and litigating this matter;

3. Any other relief authorized by law, including punitive and/or exemplary damages; and

4. For such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Dated September 16, 2021

                    Respectfully submitted,

/s/ Andrew Delahunt
Andrew Delahunt, Esq. (SBN 285512)
Law Office of Andrew Delahunt
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel: (310) 984-6762
Fax: (310) 775-4466
andrew@andrewdelahunt.com


/s/ Kevin McCulloch
Kevin P. McCulloch (*pro hac vice*)
McCulloch Kleinman Law
501 Fifth Avenue, Suite 1809
New York, New York 10017
T: (212) 355-6050
F: (206) 219-6358
kevin@mkiplaw.com

*Attorneys for Plaintiff*